■ George L. Schmelzer, Respondent, v William P. Pankow et al., Appellants.—Appeal by the defendants from an order of the Supreme Court, Suffolk County (Doyle, J.), dated March 13, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Kooper, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.